Certificate Number: 16199-MA-CC-020201491



16199-MA-CC-020201491

## CERTIFICATE OF COUNSELING

I CERTIFY that on February 5, 2013, at 12:02 o'clock PM EST, Freda Boden received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 5, 2013               By:    /s/Ryan McDonough for Michelle Grandy

                                       Name:  Michelle Grandy

                                       Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).